IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SALLY DANESHJOU, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-245-RP |
| JPMORGAN CHASE BANK, N.A., | § § § | |
| Defendant. | § | |

### **ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Mark Lane concerning Defendant's Motion to Dismiss (Dkt. 9) (R. & R., Dkt. 17). Plaintiff filed objections to the report and recommendation, (Objs., Dkt. 18), and Defendant filed a response, (Resp., Dkt. 19).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Plaintiff objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiff's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Mark Lane, (Dkt. 17), is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss, (Dkt. 9), is **GRANTED**.

1

**IT IS FINALLY ORDERED** that all of Plaintiff's claims, except her declaratory judgment claim that Defendant abandoned the prior acceleration and therefore cannot foreclose, are **DISMISSED WITH PREJUDICE**.

**SIGNED** on November 21, 2023.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE